IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JIMMY DORSEY THOMAS | § | |
| VS. | § | CIVIL ACTION NO. 1:22-cv-327 |
| JOHN B. STEVENS | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Jimmy Dorsey Thomas, an inmate confined at the Jefferson County Correctional Facility, proceeding *pro se*, brings this lawsuit pursuant to 42 U.S.C. § 1983.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Plaintiff submitted an Application to Proceed *In Forma Pauperis* in this action. A review of the Application revealed Plaintiff should pay an initial partial filing fee. Accordingly, on August 24, 2022, Plaintiff was ordered to pay an initial partial filing fee of $1.33. Plaintiff's compliance was due on or before the expiration of thirty (30) days from the date of the order.

Federal Rule of Civil Procedure 41(b) authorizes the district court to dismiss an action for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "This authority [under Rule 41(b)] flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Ins. Co., Ltd.,* 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash, R.R. Co.*, 370 U.S. 626, 629 (1962)).

On September 14, 2022, Plaintiff submitted a notice to the court asserting that a friend would be submitting an initial partial filing fee of $10.00 on his behalf. As of this date, however, the court has not received an initial partial filing fee as ordered. Accordingly, Plaintiff has failed to diligently

prosecute this case.  Therefore, this action should be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

Recommendation

This action should be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

Objections

Within fourteen days after being served with a copy of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge.  28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error.  *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

**SIGNED this the 29th day of September, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE